IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL MINING ASSOCIATION,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF THE INTERIOR, OFFICE OF SURFACE MINING RECLAMATION AND ENFORCEMENT, and UNITED STATES FISH AND WILDLIFE SERVICE,<br><br>Defendants. | Case No. 1:17-cv-194 |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff National Mining Association ("NMA") hereby dismisses all causes of action in the complaint against defendants U.S. Department of the Interior, Office of Surface Mining Reclamation and Enforcement, and U.S. Fish and Wildlife Service (together, "Federal Defendants") without prejudice. The Federal Defendants have filed neither an answer to the complaint nor a motion for summary judgment as to any of the claims in NMA's complaint. Thus, dismissal without prejudice under Rule 41(a)(1) is appropriate.

Dated: April 18, 2017

Respectfully submitted,

/s/ David Y. Chung
Kirsten L. Nathanson (D.C. Bar #463992)
David Y. Chung (D.C. Bar #500420)
CROWELL & MORING LLP
1001 Pennsylvania Avenue, NW
Washington, D.C. 20004
(202) 624-2500
KNathanson@crowell.com
DChung@crowell.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that, on April 18, 2017, I filed with the United States District Court for the District of Columbia the foregoing Notice of Voluntary Dismissal Without Prejudice via the Court's CM/ECF system, which will send a notice of the filing to all registered CM/ECF users.


                                                    /s/ David Y. Chung
                                                  David Y. Chung